

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00115-CV

Gerald **VERGOTT**,
Appellant

v.

**BIRDY APARTMENTS, LLC**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2015CV00393
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 15, 2015.

_____
Jason Pulliam, Justice